UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CAUDILL SEED & WAREHOUSE CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK D. ROSE, <br><br> Defendant. <br>_____<br> MMR FARMS, LLC, <br> MARTHA ROSE, <br><br> Interested Partys. | No. 4:15-cv-00004-TWP-TAB |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Renewed Application for a Charging Order (Dkt. 103). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 4/17/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Laura Anne Harbison
APPLEGATE FIFER PULLIAM LLC
lah@harbisonlaw.com

Scott C. Byrd
SCBYRD LAW FIRM
scottbyrd@scbyrdlaw.com

Neil C. Bordy
SEILLER WALTERMAN LLC
bordy@derbycitylaw.com